**FILED**
May 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>ESMERELDA CABRERA CEJA,<br><br>                Defendant. | CASE NO. 1:21-MJ-00041-BAM<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending initial appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrant in the above matter, be UNSEALED.

DATED: MAY  14 , 2021

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE