1   Christopher J. Caine, #168500
    1365 North Van Ness Avenue
2   Fresno, CA 93728
    Tel (559) 266-4529 Fax (559) 266-4533
3   Email: chriscaine2@me.com

4   Attorney for: Esmerelda Ceja-Mendez

5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,            Case No. 1:21-CR-00147-NONE-SKO

11       Plaintiff,                      **MODIFICATION OF
                                         CONDITIONS OF RELEASE**
12       vs.                             **Date:  June 29, 2022**
                                         **Time:  1:00 p.m.**
13  ESMERELDA CEJA-MENDEZ,               **Court: Hon: Sheila K. Oberto**

14       Defendant.

15

16      1.  By Order, dated May 28,2021, this Honorable Court set Conditions of Release

17          allowing Defendant Esmerelda Ceja-Mendez to remain out of custody.

18      2.  The Deputy Chief of the U.S. Pretrial Services for the Eastern District of

19          California has confirmed that the Defendant has been in full compliance with

20          her conditions of Release for almost one year and she is now seeking a

21          comparatively minor modification to Condition "(7)(m)" under the heading

22          "CURFEW" which states in pertinent part: ***You are restricted to your residence
            every day from 5:00 p.m. to 7:00 a.m.***

23      3.  Defendant now seeks to modify her curfew conditions to allow her to attend her

24          minor children's activities and events which occur after 5:00 p.m.

25      4.  The modification Defendant seeks would restrict her to her residence from 9:00

26          p.m. to 7:00 a.m. every day rather than 5:00 p.m. to 7:00 a.m.

27

1  Ms. Beth Wetteland, Deputy Chief Pretrial Services Officer agrees with this proposed

2  modification, as well as AUSA Pataca.

3

4

5  Dated:   June 2, 2022

6

7  _____

8  /s/CHRISTOPHER J. CAINE

9  Counsel for Esmerelda Ceja-Mendez

10

11

12  **<u>ORDER</u>**

13  IT IS SO ORDERED THAT Condition (7)(m) of Defendant's Conditions of Release

14  dated May 28, 2021 is hereby modified to the extent that Defendant's restriction to her

15  residence will apply from 9:00 p.m. to 7:00 a.m. every day. All other conditions of

16  release will remain in full force and effect.

17

18  Dated:__**Jun 10, 2022**___          _____

19          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27