ALEKXIA TORRES STALLINGS
Attorney at Law
SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ESMERELDA CEJA-MENDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESMERELDA CEJA-MENDEZ,<br><br>Defendants. | Case No.  1:21-CR-00147-JLT-SKO<br><br>**STIPULATION AND ORDER TO<br>TERMINATE LOCATION MONITORING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND ANTONIO PATACA ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ESMERELDA CEJA-MENDEZ, by and through her attorney of record, ALEKXIA TORRE STALLINGS, and at the request of Pretrial Services, hereby moves that the court remove the location monitoring condition.

It is stipulated between all counsel and Pretrial Service Office Margarita Zapeda, that Esmerelda Ceja-Mendez be released from the location monitor. All prior orders are to remain in full force and effect.

//

//

//

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: January 6, 2023                                             */s/ Alexia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
Esmerelda Ceja-Mendez


DATED: January 6, 2023                                             */s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant U.S. Attorney

# **ORDER**

**IT IS SO ORDERED** that Esmerelda Ceja-Mendez Pretrial Supervision be amended and his location monitoring condition be removed. Ms. Ceja. Mendez must abide by all other conditions of her conditions of her release.

IT IS SO ORDERED.

Dated:   **January 9, 2023**                          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE