PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00147-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING |
| v. | |
| ESMERELDA CEJA-MENDEZ., | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on October 17, 2023, and time under the Speedy Trial Act was excluded from February 15, 2023 through October 17, 2023, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the trial date be vacated and a change of plea be scheduled for October 10, 2023, at 10:00 a.m. No further time exclusion is necessary as time was previously excluded through October 17, 2023, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

IT IS SO STIPULATED.

Dated:  September 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  September 12, 2023

/s/ ALEKXIA TORRES STALLINGS
ALEKXIA TORRES STALLINGS
Counsel for Defendant
ESMERELDA CEJA-MENDEZ.

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **September 13, 2023**

UNITED STATES DISTRICT JUDGE