**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ESMERALDA CEJA-MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00147-1-JLT |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | |
| ESMERALDA CEJA MENDEZ, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ESMERALDA CEJA MENDEZ, by and through her attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Tuesday, February 20, 2024, be continued to Monday March 4, 2024, at 8:30 a.m.

Counsel is requesting a continuance due to her unavailability as she will be out of the country from February 15th, 2024, until February 26th, 2024. I have spoken to AUSA Antonio Pataca, and he has no objection to continuing the sentencing hearing.

//

//

//

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: February 5, 2024                **/s/ *Alekxia Torres Stallings***
                                                  ALEKXIA TORRES STALLINGS
                                                  Attorney for Defendant
                                                  ESMERALDA CEJA MENDEZ

DATED: February 5, 2024                **/s/ *Antonio Pataca***
                                                  ANTONIO PATACA
                                                  Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday March 4, 2024, at 9:00a.m.

IT IS SO ORDERED.

Dated:   **February 5, 2024**                          /s/ Jennifer L. Thurston
                                                        UNITED STATES DISTRICT JUDGE